IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ALEXIA BROWN**   **PLAINTIFF**

**VS.**   **CIVIL ACTION NO.: 1:21-cv-130-TBM-RPM**

**CVS RX SERVICES, INC.,**   **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case and, the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims with the parties to bear their own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 30th day of October, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

*/s/ Thandi Wade*     */s/ LaToya C. Merritt*
Thandi Wade     LaToya C. Merritt

**ATTORNEY FOR PLAINTIFF**     **ATTORNEY FOR DEFENDANT**

PD.46884055.1